Subject: Your Payment Completion Email from Tom Vaughn Chapter 13 Trustee

 **no-reply-tvch13epay@billerexpress.com** <no-reply-tvch13epay@billerexpress....    Tue, Mar 5, 5:09 PM (2 da
to Ashley Wiggins

**You are viewing an attached message** Cutler &amp; Associates, Ltd. Mail can't verify the authenticity of attached messages.

**Rush Email Security**

**\*\*WARNING\*\*** This email originated from outside of Rush University Medical Center. **\*\*DO NOT CLICK\*** links or attachments unless you recognize the sender and know the content is safe. Remember, Rush IS will never ask for us information via email communication.

Tom Vaughn Chapter 13 Trustee

**Your One-time Payment to Tom Vaughn Chapter 13 Trustee has been posted.**

| | |
|---|---|
| Case Number: | 18-34840 |
| Account Name: | WIGGINS SR, DAVID |
| Payment Account: | Checking ****5102 |
| Payment Amount: | $583.00 |
| Fee Amount: | $1.50     Confirmation #:  3111873308 |
| Total Amount: | $584.50 |
| Creation Date: | Monday, March 04, 2019 |
| Payment Date: | Wednesday, March 06, 2019 |

**1 Item paid with this One-time Payment**

| Confirmation # | Case Number | | Payment Type | Payment Amount |
|---|---|---|---|---|
| All Transactions | | | | |
| 3111873307 | 18-34840 | 03/02/2019 | Regular Plan Payment | $583.00 |

Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming e

To contact us, click here and review the Contact Us section on our web site.